UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WILLIAM M. HENDERSON,<br><br>                Plaintiff,<br><br>     v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>                Defendant. | Case No. C11-1394-RAJ-BAT<br><br>**REPORT AND RECOMMENDATION** |

William M. Henderson brought an action seeking review of the denial of his application for Supplement Security Income. Dkt. 4. The Commissioner has filed a motion to remand the case for further administrative proceedings pursuant to sentence six of 42 U.S.C. § 405(g). Dkt. 11. The Commissioner requests remand because the recording(s) of the hearing held on April 19, 2007, cannot be located. The Commissioner proposes that upon remand, the Appeals Council will continue to search for the missing recording and that if it cannot be located in a reasonable period of time the Appeals Council will remand the case for a de novo hearing. Plaintiff has no objection to the Commissioner's motion. Dkt. 12.

The Court has reviewed the motion and record and recommends as follows:

(1) The Court should set a deadline for 90 days from the date of this Report and Recommendation, i.e., **April 12, 2012,** to find the missing recording.

REPORT AND RECOMMENDATION - 1

(2) If the Commissioner locates the missing recording before that date, the Commissioner should so notify the Court and should file an answer and administrative record, or other appropriate responsive pleading, no later than that date. The Court should re-refer the case to the undersigned United States Magistrate Judge and the case should proceed in the usual manner.

(3) If the Commissioner has not located the recording by that date, the case should be remanded to the Commissioner for further administrative proceedings pursuant to sentence six of 42 U.S.C. § 405(g). On remand, the Commissioner should conduct a de novo hearing. The Court should retain jurisdiction of the case.

A proposed order accompanies this Report and Recommendation. Objections, if any, to this Report and Recommendation must be filed and served no later than **January 27, 2012.** If no objections are filed, the matter will be ready for the Court's consideration on **February 3, 2012**. If objections are filed, any response is due within 14 days after being served with the objections. A party filing an objection must note the matter for the Court's consideration 14 days from the date the objection is filed and served. Objections and responses shall not exceed twelve pages. The failure to timely object may affect the right to appeal.

DATED this 13th day of January, 2012.

BRIAN A. TSUCHIDA
United States Magistrate Judge