UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WILLIAM M. HENDERSON,<br><br>               Plaintiff,<br><br>     v.<br><br>MICHAEL J. ASTRUE, Acting Commissioner of Social Security,<br><br>               Defendant. | Case No. C11-1394 RAJ-BAT<br><br>**ORDER REVERSING AND REMANDING CASE FOR FURTHER ADMINISTRATIVE PROCEEDINGS** |

The Court, after careful consideration of the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and the balance of the record, does hereby find and **ORDER**:

1) The Court adopts the Report and Recommendation.

2) The Commissioner's decision is **REVERSED** and the case is **REMANDED** under sentence four of 42 U.S.C. § 405(g) to the Social Security Administration for further proceedings consistent with the Report and Recommendation.

3) The Clerk shall provide copies of this Order to the parties and Judge Tsuchida.

DATED this 25th day of February, 2015.

*Richard A. Jones*
_____
The Honorable Richard A. Jones
United States District Judge