U.S. DISTRICT JUDGE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WILLIAM M. HENDERSON,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHHILL, ACTING COMM. SOCIAL SECURITY ADMINISTRATION<br>　　　　Defendant | Case No.CV11-01394-RAJ<br><br><br>ORDER RE: UNOPPOSED MOTION FOR 42 U.S.C.§406(B) FEES |

THIS COURT having considered Plaintiff's Motion for Attorney's Fees Pursuant to 42 U.S. C. §406(b) and the record herein and good cause having been shown for entry of this Order, hereby ORDERS

1) That Plaintiff's attorney George Andre Fields is awarded a gross attorney's fee of $16,747.79 pursuant to 42 U.S. C. §406(b), reduced by the EAJA fees of $5,076.40 that were previously awarded leaving counsel a net award of **$11,671.39.**

ORDER RE: UNOPPOSED MOTION FOR 42 U.S.C.

George Andre Fields
Invictus Legal Services
PO Box 231024
Sacramento, CA 95823
Phone/Fax: (800) 567-1556

2) **When issuing payment to Plaintiff's attorney herein, Social Security is directed to send to Plaintiff's attorney the net balance of $11,671.39 made payable to Plaintiff's attorney and paid electronically or mailed to: P.O. Box 231024 Sacramento, CA 95823.**

IT IS SO ORDERED.

Dated this 16th day of January, 2018.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER RE: UNOPPOSED MOTION FOR 42 U.S.C.

George Andre Fields
Invictus Legal Services
PO Box 231024
Sacramento, CA 95823
Phone/Fax: (800) 567-1556